T. V. ARROWSMITH, The. See Case No. 5,-337.

---

## Case No. 14,278.

### The TWEED.

[Cited in The Blohm, Case No. 1,556. Nowhere reported; opinion not now accessible.]